1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  POTTER LAW OFFICES
   1125 Shadow Lane
3  Las Vegas, Nevada 89102
   Tel:  (702) 385-1954
4  Fax: (702) 385-9081

5  KRISTINE K. JENSEN, ESQ.
   Nevada Bar No. 9302
6  KRISTINE K. JENSEN, LTD.
   3401 West Charleston Blvd.
7  Las Vegas, Nevada 89102
   Tel:  (702) 822-2772
8  Fax: (702) 822-2774
   *Attorneys for Plaintiff*
9

10              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
11                       •••••

12 DAVID EDWIN PLANK,

13        Plaintiff,
                                          Case No.   2:12-cv-02205-JCM-PAL
14 vs.

15
   LAS VEGAS METROPOLITAN
16 POLICE DEPARTMENT, a political
   subdivision of the State of Nevada;
17 OFFICER B. MAYORAL, individually;
   and JOHN DOES I-X, inclusive,
18
          Defendants.
19 _____/

20         **STATUS REPORT REGARDING DISCOVERY STAY**

21        COMES NOW, the Plaintiff, DAVID EDWIN PLANK, by  and through his counsel, CAL

22 J. POTTER, III, ESQ. of POTTER LAW OFFICES and KRISTINE K. JENSEN, ESQ. and hereby

23 submit this Status Report Regarding Discovery Stay.

24        As provided in the Stipulation and Order to Stay Filing of Discovery Plan and Scheduling

25 Order and Discovery (doc. 14) the Plaintiff's underlying criminal matter is still pending in the Eighth

26 Judicial District Court, case number  C-11-270425-1.

27        The criminal case was set for trial on May 6, 2013, but the trial was continued to September

28 9, 2013.

1    The Plaintiff requests that discovery in this matter remain stayed until the outcome of the

2   criminal case is determined because of the potential fifth amendment implications.

3    The Plaintiff further requests to file a status report on or before September 13, 2013 to advise

4   this Honorable Court as to the status and/or outcome of the criminal case.

5    The Plaintiff does not request this continuance of the stay for the purpose of delay.

6    DATED this 6th day of May, 2013.

7                                              POTTER LAW OFFICES
                                              KRISTINE K. JENSEN, LTD.
8

9                                              By     /s/ Cal J. Potter, III, Esq.
                                              CAL J. POTTER, III, ESQ.
10                                             Nevada Bar No. 1988
                                              1125 Shadow Lane
11                                             Las Vegas, Nevada  89102

12                                             KRISTINE K. JENSEN, ESQ.
                                              Nevada Bar No. 9302
13                                             3401 West Charleston Blvd.
                                              as Vegas, Nevada 89102
14                                             *Attorneys for Plaintiff*

15

16

17                                            **ORDER**

18       IT IS ORDERED that the parties shall file a joint status report with the court on
     or before September 13, 2013, to advise the court as to the status and/or outcome of
19   the criminal case.

20

21       DATED this 5th day of July, 2013.

22                                            Peggy A. Leen
                                             United States Magistrate Judge
23

24

25

26

27

28

                                         2