CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel:  (702) 385-1954
Fax: (702) 385-9081

KRISTINE K. JENSEN, ESQ.
Nevada Bar No. 9302
KRISTINE K. JENSEN, LTD.
3401 West Charleston Blvd.
Las Vegas, Nevada 89102
Tel:  (702) 822-2772
Fax: (702) 822-2774
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
•••••

DAVID EDWIN PLANK,

     Plaintiff,

Case No.   2:12-cv-02205-JCM-PAL

vs.

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT, a political
subdivision of the State of Nevada;
OFFICER B. MAYORAL, individually;
and JOHN DOES I-X, inclusive,

     Defendants.
_____/

## STATUS REPORT REGARDING DISCOVERY STAY

COMES NOW, the Plaintiff, DAVID EDWIN PLANK, by  and through his counsel, CAL

J. POTTER, III, ESQ. of POTTER LAW OFFICES and KRISTINE K. JENSEN, ESQ. and hereby

submit this Status Report Regarding Discovery Stay.

As provided in the Stipulation and Order to Stay Filing of Discovery Plan and Scheduling

Order and Discovery (doc. 14) the Plaintiff's underlying criminal matter is still pending in the Eighth

Judicial District Court, case number  C-11-270425-1.

The criminal case was set for trial on May 6, 2013, but the trial was continued to September

9, 2013.

1    The Plaintiff requests that discovery in this matter remain stayed until the outcome of the

2    criminal case is determined because of the potential fifth amendment implications.

3    The Plaintiff further requests to file a status report on or before September 13, 2013 to advise

4    this Honorable Court as to the status and/or outcome of the criminal case.

5    The Plaintiff does not request this continuance of the stay for the purpose of delay.

6    DATED this 6th day of May, 2013.

7                                        POTTER LAW OFFICES
                                         KRISTINE K. JENSEN, LTD.
8

9                                        By____/s/ Cal J. Potter, III, Esq._____
                                         CAL J. POTTER, III, ESQ.
10                                       Nevada Bar No. 1988
                                         1125 Shadow Lane
11                                       Las Vegas, Nevada  89102

12                                       KRISTINE K. JENSEN, ESQ.
                                         Nevada Bar No. 9302
13                                       3401 West Charleston Blvd.
                                         as Vegas, Nevada 89102
14                                       *Attorneys for Plaintiff*

15

16

17                                       **ORDER**

18    IT IS ORDERED that the parties shall file a joint status report with the court on

19    or before September 13, 2013, to advise the court as to the status and/or outcome of
      the criminal case.

20

21    DATED this 5th day of July, 2013.

22                                       Peggy A. Leen
23                                       United States Magistrate Judge

24

25

26

27

28

2