1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6
7    DAVID EDWIN PLANK,                      )
8                              Plaintiff,    )      Case No. 2:12-cv-02205-JCM-PAL
                                             )
9    vs.                                     )              **ORDER**
                                             )
10   LAS VEGAS METROPOLITAN POLICE           )
     DEPARTMENT, et al.,                     )
11                                           )
                              Defendants.    )
12   _____)

13       Before the court is Plaintiff's Second Status Report Regarding Discovery Stay (Dkt. #17).  No

14   opposition has been filed, and the time for filing a response has expired.  However, the parties were

15   ordered to file a joint status report

16       Plaintiff advises that his underlying criminal matter is still pending in the Eighth Judicial District

17   Court, Case No. C-11-270425-1, and because of  fifth amendment implications, requests that discovery in

18   this matter remain stayed until the outcome of the criminal matter in state court is resolved.  The court

19   initially granted the parties' stipulation to stay this civil case until the outcome of the criminal case on

20   April 10, 2013.  *See,* Order (Dkt #15).  At that time Plank's criminal trial was scheduled for May 6, 2013.

21   On May 13, 2013 the parties submitted a status report as ordered indicating that the criminal trial had

22   been continued to September 9, 2013.  No reason was given why the trial was continued, or at whose

23   request.

24       The current status reports explains that the first continuance occurred because the trial judge

25   ordered the state to provide *Brady* information to Plank's counsel, and other information to be submitted

26   for *in camera* review.  The trial was recently continued until December 9, 2013 because the discovery had

27   not yet been provided and the trial judge had not yet conducted the *in camera* review.  Plaintiff asks that

28   discovery remain stayed and that he file another status report on or before December 10, 2013. The court

accepts counsel's representations about why the trial in the underlying criminal case has been continued. As it appears Plank is not delaying his criminal trial, and for good cause shown,

**IT IS ORDERED** that the stay remains in effect and  Plaintiff shall file a status report on or before **December 10, 2013**, to advise this court as to the status and/or outcome of the criminal case in state court.

Dated this 17th day of October, 2013.

Peggy A. Leen
United States Magistrate Judge