1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  C. J. POTTER, IV, ESQ.
   Nevada Bar No. 13225
3  POTTER LAW OFFICES
   1125 Shadow Lane
4  Las Vegas, Nevada 89102
   Tel:  (702) 385-1954
5  Fax: (702) 385-9081

6  KRISTINE K. JENSEN, ESQ.
   Nevada Bar No. 9302
7  KRISTINE K. JENSEN, LTD.
   529 S. Tenth Street
8  Las Vegas, Nevada 89101
   Tel:  (702) 822-2772
9  Fax: (702) 822-2774
   *Attorneys for Plaintiff*

10

11              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
12                         •••••

13  DAVID EDWIN PLANK,

14          Plaintiff,
                                        Case No.   2:12-cv-02205-JCM-PAL
15  vs.

16
    LAS VEGAS METROPOLITAN
17  POLICE DEPARTMENT, a political
    subdivision of the State of Nevada;
18  OFFICER B. MAYORAL, individually;
    and JOHN DOES I-X, inclusive,
19
20          Defendants.
    _____/

21   **STIPULATION AND ORDER TO EXTEND RESPONSES TO MOTIONS FOR**

22       **SUMMARY JUDGMENT AND REPLIES THERETO**

23                     **(First Request)**

24       IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, DAVID

25  EDWIN PLANK, by and through his counsel, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV,

26  ESQ. of POTTER LAW OFFICES and KRISTINE K. JENSEN, ESQ.; Defendant, LAS VEGAS

27  METROPOLITAN POLICE DEPARTMENT by and through their attorney THOMAS D.

28  DILLARD, ESQ. of OLSON CANNON GORMLEY ANGULO & STOBERSKI; and Defendant,

OFFICER B. MAYORAL by and through his attorney ROBERT W. FREEMAN, JR., ESQ. of LEWIS BRISBOIS BISGAARD & SMITH that the date for Plaintiff's Response to the Defendant LVMPD's   Motion for Summary Judgment [doc. 36] currently due Monday, May 4, 2015 be extended up to and including Friday, July 10, 2015.  The Plaintiff requests this large extension in order for the Response to coincide with the filing of the Response to Defendant Officer Mayoral's Summary Judgment.[1]

Plaintiff submits that good cause exists for this extension as Plaintiff's counsel has been unable to complete the Response due to other deadlines, numerous appearances, and multiple depositions.  Based upon the foregoing, the parties request that this Court order the time for the Plaintiff to file his Responses to Defendants' Motions for Summary Judgment to Friday, July 10, 2015.

This is the first request for enlargement of time is made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

DATED this 4th day of May, 2015.

POTTER LAW OFFICES
KRISTINE K. JENSEN, LTD.

By    /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada  89102

KRISTINE K. JENSEN, ESQ.
Nevada Bar No. 9302
3401 West Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this 4th day of May, 2015.

LEWIS BRISBOIS BISGAARD & SMITH

By    /s/ Robert W. Freeman, Jr., Esq.
ROBERT W. FREEMAN, JR., ESQ.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant, Officer Mayoral*

DATED this 4th day of May, 2015.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By    /s/ Thomas D. Dillard, Esq.
THOMAS D. DILLARD, ESQ.
Nevada Bar No. 6271
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendant, LVMPD*

---

[1]Defendant Officer Mayoral's dispositive motion deadline was extended to June 3, 2015 [doc. 39].

**ORDER**

IT IS SO ORDERED.

May 5, 2015
_____
DATED

_Jesus C. Mahan_
_____
UNITED STATES DISTRICT COURT JUDGE

3