1  ROBERT W. FREEMAN
Nevada Bar No. 3062
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
3  Las Vegas, Nevada 89118
702.893.3383
4  FAX: 702.893.3789
    Attorneys for Defendant
5    Officer Brad Mayoral

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| DAVID EDWIN PLANK, | CASE NO. 2-12-cv-02205-JCM-PAL |
|---|---|
| Plaintiff, | **DEFENDANT BRAD MAYORAL'S STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR FILING THE REPLY IN SUPPURT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER B. MAYORAL, individually; and JOHN DOES I-X, inclusive, | **(First Request)** |
| Defendants. | |

COMES NOW, Plaintiff and Defendant Brad Mayoral, by and through their respective counsel of record and hereby stipulate that the scheduled date for filing the reply in support of the motion for summary judgment and joinders thereto, currently due on Monday, July 27, 2015 be extended 14 (fourteen) days up to and including Monday, August 10, 2015.

Robert Freeman, Esq. counsel for Defendant Brad Mayoral has been participating in several multi-day depositions in *State Farm adv. Hackler, 3:14-cv-0531-MMD-VPC* and *State Farm adv. Perez, 2:14-cv-2005-APG-PAL* and has not had adequate time to prepare the reply brief.

Counsel for Plaintiff does not oppose an extension.

…

…

…

4841-0120-1171.1

WHEREFORE, the parties respectfully request that the Court extend the date for Defendant Mayoral to file his reply in support of motion for summary judgment, currently due on July 27, 2015, be extended fourteen (14) days up to and including August 11, 2015.

Dated this 27th day of July, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
1060 Wigwam Parkway
Henderson, Nevada 89074
*Attorney for Defendant*
*Officer Brad Mayoral*

Dated this 27th day of July, 2015.

POTTER LAW OFFICES

/s/ C.J. Potter, IV, Esq.
Cal J. Potter, Esq.
Nevada Bar No. 1988
C.J. Potter, IV, Esq.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*
*David Edwin Plank*

Dated this 27th day of July, 2015.

OLSON, CANNON, GORMELY, ANGULO, STOBERSKI

Thomas D. Dillard, Esq.
THOMAS D. DILLARD, ESQ.
Nevada Bar No. 6271
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendant, LVMPD*

Kristine K. Jensen, ESQ.
Nevada Bar No. 9302
3401 West Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated July 28, 2015.

_____
U.S. DISTRICT COURT JUDGE

4841-0120-1171.1              2