CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081

KRISTINE K. JENSEN, ESQ.
Nevada Bar No. 9302
KRISTINE K. JENSEN, LTD.
529 S. Tenth Street
Las Vegas, Nevada 89101
Tel: (702) 822-2772
Fax: (702) 822-2774
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID EDWIN PLANK,

    Plaintiff,

vs.

Case No.  2:12-cv-02205-JCM-PAL

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT, a political
subdivision of the State of Nevada;
OFFICER B. MAYORAL, individually;
and JOHN DOES I-X, inclusive,

    Defendants.
_____/

**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER**

**(Second Request)**

    Pursuant to LR 6-1, the parties hereby stipulate, agree, and make joint application to extend the deadline to file the Joint Pretrial Order ("JPTO").  The parties previously requested to extend the JPTO to Friday, May 13, 2016 [ECF 51].  The Stipulation is still pending and as such, the Plaintiff inadvertently did not reschedule the requested extension date.  In addition, due to other deadlines and

. . .

1 personal and business travel, the parties have been unable to complete the JPTO. Accordingly, the
2 parties require additional time to meet and finalize the JPTO.
3     The parties respectfully request that the JPTO be extended an additional thirty (30) days up
4 to and including Monday, June 13, 2016.
5     This is the second request for extension and is not made for the purposes of delay.
6     APPROVED AS TO FORM AND CONTENT.

DATED this 11th day of May, 2016.　　　　　　DATED this 11th day of May, 2016.

POTTER LAW OFFICES　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH
KRISTINE K. JENSEN, LTD.

By   /s/ Cal J. Potter, III, Esq.　　　　　　　By   /s/ Robert W. Freeman, Jr., Esq.
CAL J. POTTER, III, ESQ.　　　　　　　　　ROBERT W. FREEMAN, JR., ESQ.
Nevada Bar No. 1988　　　　　　　　　　　　Nevada Bar No. 3062
C. J. POTTER, IV, ESQ.　　　　　　　　　　6385 S. Rainbow Blvd., Suite 600
Nevada Bar No. 13225　　　　　　　　　　　Las Vegas, Nevada 89118
1125 Shadow Lane　　　　　　　　　　　　　*Attorney for Defendant, Officer Mayoral*
Las Vegas, Nevada 89102

KRISTINE K. JENSEN, ESQ.　　　　　　　　DATED this 11th day of May, 2016.
Nevada Bar No. 9302
3401 West Charleston Blvd.　　　　　　　　MARQUIS AURBACH COFFING
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*　　　　　　　　　　By   /s/ Craig R. Anderson, Esq.
　　　　　　　　　　　　　　　　　　　　　CRAIG R. ANDERSON, ESQ.
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 6882
　　　　　　　　　　　　　　　　　　　　　10001 Park Run Drive
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89145
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant, LVMPD*

**ORDER**

IT IS SO ORDERED.

June 15, 2016
_____　　　　　　　　　　　_____
DATED　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2