ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendant
    Officer Brad Mayoral

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| DAVID EDWIN PLANK,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER B. MAYORAL, individually; and JOHN DOES I-X, inclusive,<br><br>    Defendants. | CASE NO. 2-12-cv-02205-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE THE JOINT PRETRIAL ORDER**<br><br>**(Third Request)** |

    IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, that the parties shall have an additional thirty (30) days in which to file their Joint Pretrial Order. The Joint Pretrial Order is currently due on June 13, 2016.

    The extension is requested based upon the following:

    The parties are actively working on the Joint Pre-Trial Order, however, the parties need additional time to complete the order. Counsel for Defendant Brad Mayoral has been preparing for trial scheduled to commence on Tuesday, June 14, 2016. Counsel for Defendant Las Vegas Metropolitan Police Department has also been preparing for trial scheduled to commence the week of June 13, 2016. A thirty (30) day extension will allow the parties to complete the order. Based on the foregoing, the parties request that this Court order the time for their Joint Pretrial Order be extended thirty (30) days up to and including July 13, 2016.

…

4847-7127-5570.1

The parties acknowledge that this is stipulation is made in good faith and not for purposes of delay.

DATED this 9th day of June, 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
Robert W. Freeman
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89188
*Attorneys for Defendants*

DATED this 9th day of June, 2016.

MARQUIZ AURBACH COFFING

*/s/ Craig R. Anderson*
Craig R. Anderson, Esq,
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant*
Las Vegas Metropolitan Police

DATED this 9th day of June, 2016.

POTTER LAW OFFICES

*/s/ C.J. Potter, IV*
Cal J. Potter, III, Esq.
Nevada Bar No. 13225
C.J. Potter, IV, Esq.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

Kristine K. Jensen, ESQ.
Nevada Bar No. 9302
529 South Tenth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated this 15th day of June, 2016.

_____
U.S. DISTRICT MAGISTRATE JUDGE