CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081

KRISTINE K. JENSEN, ESQ.
Nevada Bar No. 9302
KRISTINE K. JENSEN, LTD.
529 S. Tenth Street
Las Vegas, Nevada 89101
Tel: (702) 822-2772
Fax: (702) 822-2774
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

·····

DAVID EDWIN PLANK,

    Plaintiff,

vs.

Case No.   2:12-cv-02205-JCM-PAL

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT, a political
subdivision of the State of Nevada;
OFFICER B. MAYORAL, individually;
and JOHN DOES I-X, inclusive,

    Defendants.
_____/

**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER**

**(First Request)**

    Pursuant to LR 6-1, the parties hereby stipulate, agree, and make joint application to extend the deadline to file the Joint Pretrial Order ("JPTO"), which is due on Wednesday, April 13, 2016, up to and including Friday, May 13, 2016.

    The parties request this 30 day extension as the parties are actively working on completing the JPTO for the deadline, but due to conflicting deadlines the parties have not been able to formally

discuss the contents of the JPTO.  Thus, the parties require more time to do so in order to properly set forth the information necessary for trial and to properly format the document.  Additionally, Plaintiff's counsel has a trial scheduled to begin on April 18, 2016, the preparation of which has caused some delay in completing the JPTO.

This is the first request for extension and is not made for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

DATED this 5th day of April, 2016.

POTTER LAW OFFICES
KRISTINE K. JENSEN, LTD.

By  /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada  89102

KRISTINE K. JENSEN, ESQ.
Nevada Bar No. 9302
3401 West Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this 6th day of April, 2016.

LEWIS BRISBOIS BISGAARD & SMITH

By  /s/ Robert W. Freeman, Jr., Esq.
ROBERT W. FREEMAN, JR., ESQ.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant, Officer Mayoral*

DATED this 5th day of April, 2016.

MARQUIS AURBACH COFFING

By  /s/ Craig R. Anderson, Esq.
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant, LVMPD*

**ORDER**

IT IS SO ORDERED.

June 15, 2016
DATED

_____
UNITED STATES MAGISTRATE JUDGE

2