UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID EDWIN PLANK,<br><br>                       Plaintiff(s),<br><br>    v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>                       Defendant(s). | Case No. 2:12-CV-2205 JCM (PAL)<br><br>ORDER |

       Presently before the court is the matter of *Plank v. Las Vegas Metropolitan Police Department, et al.*, case number 2:12-cv-02205-JCM (PAL).

       On May 14, 2016, the court granted in part and denied in part defendant Las Vegas Metropolitan police department's motion for summary judgment. (*See* ECF No. 50). Thereafter, Magistrate Judge Leen granted a stipulation extending the deadline for filing of the parties' joint pretrial order to July 13, 2016. On that date, plaintiff Edward Plank's counsel filed the proposed order. (ECF No. 57). The joint order, however, did not comply with Local Rule ("LR") 16-3(b)(9), and the court entered a minute order instructing the attorney to refile a compliant version of the proposed order. (*See* ECF No. 58).

       Plaintiff's counsel filed a new proposed order on July 15, 2016. (ECF No. 59). Once again, the order violated LR 16-3(b)(9). The court again instructed plaintiff's counsel to refile a compliant order on July 20, 2016. (ECF No. 60).

       As of the date of this order, it has been over two weeks since the court's last minute order and over three weeks since the deadline for filing the joint pretrial order. No proposed joint pretrial order that complies with the local rules has been filed. The parties are ordered to file a fully

**James C. Mahan**
**U.S. District Judge**

1  compliant joint pretrial order within five (5) days of entry of this order or show cause for why they
2  cannot do so. Failure to comply with this order may result in dismissal of this matter.
3  Accordingly,
4  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties shall file a
5  proposed joint pretrial order that complies fully with the local rules within five (5) days of entry
6  of this order or show cause for why they cannot do so.
7  IT IS FURTHER ORDERED that failure to comply with this order may result in
8  dispositive sanctions.
9  DATED August 4, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**