UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID EDWIN PLANK,<br><br>                Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>                Defendants. | Case No. 2:12-cv-02205-JCM-PAL<br><br>ORDER<br><br>(Rqst Exception at SC – ECF No. 66) |

Before the court is Defendant Officer Brad Mayoral's Request for Exception of Attendance Requirement at the Settlement Conference Scheduled for February 16, 2017 (ECF No. 66). Having reviewed and considered the matter,

**IT IS ORDERED** that Defendant Officer Brad Mayoral's Request for Exception of Attendance Requirement at the Settlement Conference Scheduled for February 16, 2017 (ECF No. 66) is **GRANTED**. Defendant Brad Mayoral shall not be required to attend the settlement conference in person, but shall be available telephonically for the duration of the settlement conference.

DATED this 26th day of January, 2017.

                                                                            _____
                                                                            PEGGY A. LEEN
                                                                            UNITED STATES MAGISTRATE JUDGE