ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendant
    Officer Brad Mayoral

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

|  |  |
|---|---|
| DAVID EDWIN PLANK, | CASE NO. 2-12-cv-02205-JCM-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER B. MAYORAL, individually; and JOHN DOES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 29th day of March, 2017.

DATED this 29th day of March, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

MARQUIZ AURBACH COFFING

*/s/ Robert W. Freeman*

*/s/ Craig R. Anderson*

Robert W. Freeman
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89188
*Attorneys for Defendants*

Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant*
Las Vegas Metropolitan Police

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4830-4953-5556.1

1

2  DATED this <u>29</u>th day of March, 2017.

3  POTTER LAW OFFICES

4  <u>*/s/ C.J.Potter*</u>

5  Cal J. Potter, III, Esq.
   Nevada Bar No. 13225

6  C.J. Potter, IV, Esq.
   Nevada Bar No. 13225

7  1125 Shadow Lane

8  Las Vegas, Nevada 89102
   *Attorneys for Plaintiff*

9
   Kristine K. Jensen, ESQ.

10 Nevada Bar No. 9302
   529 South Tenth Street

11 Las Vegas, Nevada 89101
   *Attorneys for Plaintiff*

12

13                    <u>**ORDER**</u>

14         IT IS SO ORDERED.

15                Dated  March 30, 2017.

16

17

18         _____
           U.S. DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW